UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:21CR146 DDN |
| JONATHAN CONG BIEN, | ) ) ) |
| Defendant. | ) |

### INFORMATION

The United States Attorney charges:

### COUNT I

Between in or about December 2015 and on or about July 3, 2019, the exact dates being unknown, in the Eastern District of Missouri, the defendant,

**JONATHAN CONG BIEN,**

did knowingly, intentionally, and unlawfully possess Adderall XR and Vyvanse, both Schedule II controlled substances, and Alprazolam, a Schedule IV controlled substance, and such possession was not pursuant to a valid prescription or order from a practitioner, nor while acting in the course of the defendant's professional practice.

In violation of Title 21, United States Code, Section 844.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/Jennifer J. Roy*
JENNIFER J. ROY #47203MO
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Jennifer J. Roy, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

JENNIFER J. ROY #47203MO

Subscribed and sworn to before me this __1st__ day of __March__ 2021

_____
CLERK, U.S. DISTRICT COURT

By: __/s/ David L. Braun__
DEPUTY CLERK